

RECEIVED

SEP 19 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Darryl Bernard Allen Sr.

vs.

1:19-cv-06557
Judge Sharon Johnson Coleman
Magistrate Judge Young B. Kim
PC 5

DesPlaines Development Limited Partnership / Harrah's Joliet Casino Hotel
Timothy Cheskie
Matt Pruneau
Zachary Hoskins
Joliet Police Department
Adam Rosales
Nicholas Giordano
John Perri
Josh Sawyer
Office of the Will County State's Attorney
James Glasgow
Mark J. Fleszewski

**CHECK ONE ONLY:**

<u>XXXXX</u> **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)**

_______ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)**

_______ **OTHER (cite statute, if known)**

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

**A.** Name: Darryl Bernard Allen Sr.

**B.** List all aliases: N/A

**C.** Prisoner Identification Number: 2018-1973

**D.** Place of present confinement: Will County Adult Detention Facility

**E.** Address: 95 S. Chicago St., Joliet, IL 60436

**II. Defendant(s):**

**A.** Defendant: DesPlaines Development Limited Partnership /

Title: Harrah's Joliet Casino Hotel

Place of Employment: 151 N. Joliet St., Joliet, IL 60432

**B.** Defendant: Timothy Cheskie

Title: Shift Security Manager

Place of Employment: Harrah's Joliet Casino Hotel

**C.** Defendant: Matt Pruneau

Title: Security Supervisor

Place of Employment: Harrah's Joliet Casino Hotel

**D.** Defendant: Matt Pruneau

Title: Security Guard

Place of Employment: Harrah's Joliet Casino Hotel

**E.** Defendant: Joliet Police Department

Title: Joliet Police Department

Place of Employment: 150 W. Washington St., Joliet, IL 60432

**F.** Defendant: Adam Rosales #128

Title: Police Officer

Place of Employment: Joliet Police Department

**G.** Defendant: Nicholas Giordano #211

Title: Police Officer

Place of Employment: Joliet Police Department

**H.** Defendant: John Perri #327

Title: Police Officer

Place of Employment: Joliet Police Department

**I.** Defendant: Josh Sawyer #120

Title: Police Officer

Place of Employment: Joliet Police Department

**J.** Defendant: Will County State's Attorney's Office

Title: Will County State's Attorney's Office

Place of Employment: 57 N. Ottawa St., Joliet, IL 60432

**K.** Defendant: James Glasgow

Title: Will County State's Attorney

Place of Employment: Will County State's Attorney's Office

**L.** Defendant: Mark J. Fleszewski

Title: Assistant Will County State's Attorney

Place of Employment: Will County State's Attorney's Office

**III. List ALL Lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States**

No other lawsuits have been filed

## IV.Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On March 24th, 2018, as I approached the entrance to the Harrah's Casino, I observed a man and a woman standing outside. I said to the woman "honey, did you have any luck tonight?". The man standing near her (David Lekousis) said to me "Hey nigger, that's my wife your talking to!". He then reached in his waist or back pocket like he had a weapon so I pulled a knife out of my pocket that I carry for protection, because I walked to the Casino from my apartment, as I had done several times in the last couple years. As soon as the woman (Gemma Cook) saw that I had a knife, she panicked and ran back inside the Casino. At that point, I tried to distance myself from the situation before someone got hurt, so I ran. Lekousis chased me screaming racist statements like a mad man. We had ran almost through the parking garage before he stopped chasing me and turned around and went back the way he had come.

When I had exited the parking garage, I looked to my left on Jefferson Street and saw Lekousis and one of the security guards standing on the corner. That's when I threw my knife on the ground. The security guards arrived and without asking me anything, informed me to turn around so I could be handcuffed which I complied. At this point Lekousis had caught up to us. He stood directly in front of me for a few seconds and then hit me in the head very hard knocking me to the ground. After he hit me, then one of the guards pushed him away from me, but they allowed him not to be restrained. If he wanted to, he could have attacked me again. Employees of the Harrah's Casino didn't seem to concerned. Even though there was an ambulance on the scene that was called for Gemma Cook, who had a very small scratch on her collarbone, the Casino could have had them take a look at an elderly Veteran, laying on the ground with a head and back injury, in which they had no idea how serious it could have been. Once again I was the wrong color, in the wrong place.

I was literally left laying on the ground like trash in handcuffs until the Joliet Police Department arrived. I was actually glad when the police first arrived. At least I was still alive. That hope was short lived, because when the police took me into their custody, I was still forced to stay on the ground handcuffed but they sat me up. Shortly after that, one of the officers kicked me in the head so hard, I thought my spine was broken. After just getting through most of the first pain, a worse pain than the first hit to my head from Lekousis. I've never felt so humiliated in my life. I'm not naive I know this kind of racist behavior still exists, but to experience it up close and personal was very heart wrenching. All I could do was lie their and pray that they didn't kill me. I wouldn't wish this on my worst enemy.

A. **Timothy Cheskie** is one of the Harrah's Casino security Guards that held me while I was in handcuffs when alleged victim David Lekousis attacked me by hitting me in the face and knocking me to the ground causing me great bodily harm. They allowed this man to get within arms reach of me, even though he chased me and was screaming racist comments and profanity at me. It was obvious that Lekousis wanted to hurt me, in which he did so when security handcuffed me. Even after the attack, he was still allowed to roam around the scene. Lekousis never been charged or arrested because he's a witness in this case for the state and in my opinion because he's a white man and I am black.

B. **Matt Pruneau** stood to my left. By the time Lekousis came up and stood directly in front of me and Matt. Lekousis hesitated to wait for the cuffs to be put on me. Matt had a chance to cut David off before he punched me but instead, he did nothing until after Lekousis punched me. The Casino camera caught all of this as you will see. They called an ambulance for the white woman that had a tiny scratch, but even though I could have suffered a severe head injury from this punch they would not even ask the medics to take a look at me. They just left me on the ground like a piece of garbage.

C. **Zachary Hoskins** also held me while David Lekousis was allowed to bust me in the head. These were all white men holding a black man. At this particular time they only had information from the white people as to what happened and they took for granted that everything Lekousis and Cook told them was the truth. Shortly after this alleged crime took place, the DesPlaines Development Limited Partnership / Harrah's Casino and Hotel sent me a letter saying I can not come on their property. This case is still pending and they have already jumped to the conclusion that I am guilty. This is a very racist assumption.

D. The following officers had responded from the Joliet Police Department, **Adam Rosales #128, Nicholas Giordano #211, John Perri #327, and Josh Sawyer #120**. One of those officers kicked me very hard in the head while I was sitting on the ground handcuffed. At this point, It's not clear which officer committed this crime against me, but there is a witness to this crime. If the officers were wearing their body cams, this evidence would also reveal his identity. These officers also failed in their duty to arrest David Lekousis for hitting me in the head while I was handcuffed by Harrah's Security. All of these people that were on the scene of this crime knew I had suffered injuries as I was lying on the ground in a lot of pain. Not a one of them had the heart to do the right thing. They all just ignored me like I was a piece of trash or just another nigger as I was called all night long.

E. **James Glasgow**: Even though I sent a citizens complaint to Mr. Glasgow's office, detailing everything pertaining to how I was treated, I never got a response. He also had the chance to investigate my complaint. I voted for this man with most of the African American community and we deserve to know why all these white people are being allowed to viciously attack a black man while in handcuffs, who happens to be an honorably discharged veteran of the United States Marine Corps and no ones being held accountable for this!!

**F.** Assistant States Attorney Mark J. Fleszewski failed in his duties to protect a citizen by not investigating or charging David Lekousis or the officer who kicked me in the head for these hate crimes that were committed against me even though he had conclusive evidence on the Casinos surveillance camera that shows Lekousis hitting me in the head. The three security guards also wrote in their statements that Lekousis hit me in the head when they handcuffed me. Lekousis himself during his interview with the Joliet Police Department admitted that he hit me but he wasn't the one who kicked me. Lekousis by the way is the States only witness in the alleged crime at bar. Mark J. Fleszewski also in open court, in courtroom #407, Judge Carmen Goodman's courtroom, made a very prejudicial statement against me causing condemnation against me from the public. He told the Judge that my crime was on one of the D.V.D's that are in evidence. I have never been tried or convicted of any alleged crime on those disc's. Potential Jurors could have heard that extra Judicial Statement.

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$200 a day for compensatory damages for each day incarcerated for this matter. $200,00.00 Punitive damages for each individual. $1,500,000.00 from the Casino Owner. $2,000,000.00 from the Joliet Police Department.

**VI.** The plaintiff demands that the case be tried by a jury. X Yes ____ No

**CERTIFICATION**

By signing this complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the court

Signed this 11th day of Sept., 2019

Darryl B. Allen
(signature of Plaintiff or plaintiffs)

Darryl B Allen
(Print Name)

2018-1973
(I.D. Number)

Will County Adult Facility
95 S. Chicago st.
Joliet, IL. 60436
(Address)

Darryl B. Allen 18-1973
Will County Adult Facility
95. S. Chicago st.
60436




SOUTH SUBURBAN IL 604
MON 16 SEP 2019

RECEIVED

SEP 19 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Prisoner Correspondant Us. Distric Court
219 S. Dearborn st.
Chicago. Illinois 60604

Legal MaiL

Legal MaiL

09/19/2019-15

1:19-cv-06557
Judge Sharon Johnson Coleman
Magistrate Judge Young B. Kim
PC 5